UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jimmy J. Micius and Elsie M. Mayard, | Civil 08-5854 MJD/FLN |
| Plaintiffs, | |
| v. | O R D E R |
| Northern States Power Company, d/b/a Excel Energy, et al., | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 13, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.  Plaintiffs' applications for leave to proceed in forma pauperis, (Docket Nos. 2 and 3), is DENIED;

2.  Plaintiffs' "Motion For Unjunction [sic] Relief And Restraining Order Rule 65(d)," (Docket No. 4), is summarily DENIED; and

3.  This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).


DATED: December 9, 2008.         s/Michael J. Davis
at Minneapolis, Minnesota        CHIEF JUDGE MICHAEL J. DAVIS
                                 United States District Court